

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

REUBEN GARRISON,

    Plaintiff,

v.                                    Civil Action No. **3:07CV615**

**LEWIS W. BARLOW, et al.**,

    Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on October 27, 2007, the Court directed Plaintiff to pay the full filing fee for the present action. On November 5, 2007, the October 27, 2007 Memorandum Order was returned to the Court by the United States Postal Service marked, "Not Here" and "RETURN TO SENDER." Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                            /s/
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: NOV 19 2007